Beth G. Baldinger, Esq.
Matthew R. Mendelsohn, Esq.
Cory J. Rothbort, Esq.
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
Attorneys for Plaintiff

Joshua F. McMahon
**SCHILLER McMAHON LLC**
123 South Avenue East
Second Floor
Westfield, New Jersey 07090
P: (908) 233-4840
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YASMINE COELLO,<br><br>  Plaintiff,<br><br>  vs.<br><br>LOUIS M.J. DiLEO;<br>RICHARD J. GERBOUNKA, Mayor<br>CITY OF LINDEN;<br>NICHOLAS P. SCUTARI; KATHLEEN<br>ESTABROOKS; KATHLEEN<br>ESTABROOKS, P.C.; JOHN DOE(S) 1-10;<br>and ABC ENTITIES 1-10.<br><br>  Defendants. | CIVIL ACTION NO.: 2:20-cv-1682<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE, that the undersigned, hereby appears as counsel in the above captioned case on behalf of the plaintiff.

   NOTICE is further given that the undersigned requests that all notices given or required to be given in this case be given to and served upon the undersigned at the office, post office address, telephone number and e-mail set forth herein:

Beth G. Baldinger, Esq.
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: 973-228-9898 / Facsimile: 973-228-0303
E-mail:  bbaldinger@mazieslater.com

**MAZIE SLATER KATZ & FREEMAN, LLC**
Attorneys for Plaintiffs


By: */s/Beth Baldinger*
      Beth Baldinger

Dated:  February 18, 2020