AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| Yasmine Coello | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:20-cv-1682-SDW-LDW |
| Louis M.J. Dileo, Richard J. Gerbounka, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Yasmine Coello

Date:    03/05/2020

*Attorney's signature*

Joshua F. McMahon, Esq  NJAID 043282005
*Printed name and bar number*

Schiller McMahon, LLC
123 South Avenue East
Westfield, New Jersey 07090

*Address*

JFM@SchillerMcMahon.com
*E-mail address*

(908) 935-0822
*Telephone number*

(908) 935-0822
*FAX number*