AO 440 (Rev. 06/12) Summons in a Civil Action     **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CERTIFICATION, EXHIBITS, CIVIL COVER SHEET** |
| EFFECTED (1) BY ME: | **DOMENICO SERVIDIO** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **2/26/2020 3:30:47 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

KATHLEEN B. ESTABROOKS, ESQ.

Place where served:

524 SOUTH AVENUE EAST   CRANFORD   NJ   07016

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KATHLEEN B. ESTABROOKS, ESQ.

Relationship to defendant   **SELF**

Description of Person Accepting Service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____     SERVICES $ _____ . _____     TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/27/2020     _____ L.S.
SIGNATURE OF DOMENICO SERVIDIO
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:     BETH G. BALDINGER, ESQ.
PLAINTIFF:    YASMINE COELLO
DEFENDANT:    LOUIS M.J. DILEO, ET AL
VENUE:        DISTRICT
DOCKET:       2 20 CV 06182  SDW LDW
COMMENT:

KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2023