**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YASMINE COELLO,<br><br>    Plaintiff,<br><br>vs.<br><br>LOUIS M.J. DILEO, RICHARD J. GERBOUNKA, MAYOR CITY OF LINDEN, NICHOLAS P. SCUTARI, KATHLEEN EASTABROOKS, KATHLEEN ESTABROOKS, P.C., JOHN DOES 1 TO 10 AND ABC ENTITIES 1-10,<br><br>    Defendant. | Civil Action No. 2:20-cv-01682 SDW-LDW<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br><br>[Local Civil Rule 6.1(b) |

Application is hereby made for a Clerk's Order extending time within which defendants Kathleen Estabrooks and Kathleen Estabrooks, P.C. may answer, move, or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on February 26, 2020; and
3. Time to Answer, Move or otherwise Reply expires on March 18, 2020

           **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
           Attorneys for Defendants Kathleen Estabrooks and
           Kathleen Estabrooks, P.C.
           One Riverfront Plaza, Suite 800
           Newark, N.J. 07102

           By: /s/ *Meredith Kaplan Stoma*
             MEREDITH KAPLAN STOMA, ESQ.

**ORDER**

The above application is ORDERED GRANTED. Defendants time to answer, move or otherwise reply is extended to April 1, 2020.

ORDER DATED: March ___, 2020

           WILLIAM T. WALSH, Clerk

           By: _____

4829-8882-5527.1

                                Deputy Clerk

4829-8882-5527.1