# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°
David M. Estes
_____

*Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney

**Writer's Direct Dial & Email:**
973-228-0413
crothbort@mazieslater.com

Karen G. Kelsen°
Cheryll A. Calderon
Adam M. Epstein°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
_____

°Member of N.J. & N.Y. Bars

April 22, 2020

*Via ECF*
Clerk of the Court
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 2B
Newark, NJ 07101

  Re: Coello v. DiLeo, et al.
     NO.: 2:20-cv-1682-SDW-LDW

Dear Sir/Madam:

  We represent Plaintiff in the above-captioned matter.  Pursuant to Local Civil Rule 7.1(d)(5), Plaintiff hereby automatically extends the Motion Date for Defendants Kathleen Estabrooks, Esq. and Kathleen Estabrooks, P.C.'s Motion to Dismiss Plaintiff's Complaint. (D.E. 11). The new Motion Date is **June 1, 2020**. This Motion Date has not been previously extended or adjourned.

         Respectfully submitted,

         Cory J. Rothbort
         Beth G. Baldinger
         Matthew R. Mendelsohn
         **Mazie Slater Katz & Freeman, LLC**
         103 Eisenhower Parkway
         Roseland, NJ 07068
         (973) 228-0391
         crothbort@mazieslater.com
         bbaldinger@mazieslater.com
         mrm@mazieslater.com

CC: All Counsel via ECF