Robert F. Varady, Esq.
LA CORTE, BUNDY, VARADY & KINSELLA
989 Bonnel Court
Union, New Jersey 07083
(908) 810-0500
(908) 810-0513
Attorneys for Defendants, Louis M.J. DiLeo, Richard J. Gerbounka,
City of Linden & Nicholas P. Scutari

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YASMINE COELLO,<br><br>                    Plaintiffs,<br><br>v.<br><br>LOUIS M.J. DiLeo; RICHARD J. GERBOUNKA, Mayor; CITY OF LINDEN; NICHOLAS P. SCUTARI; KATHLEEN ESTABROOKS; KATHLEEN ESTABROOKS, P.C.; JOHN DOE(S) 1-10; and ABC ENTITIES 1-10.<br><br>                    Defendants. | Civil Action No. 2:20-cv-01682-SDW-LDW<br><br>**NOTICE OF APPEARANCE** |

    **PLEASE TAKE NOTICE** that the undersigned attorney appears in the above-entitled action on behalf of the Defendants, City of Linden, Nicholas P. Scutari, Richard J. Gerbounka, and Louis M.J. DiLeo.

                                                      LACORTE, BUNDY, VARADY & KINSELLA

                                                      /s/ Robert F. Varady
                                                      Robert F. Varady, Esq.

Dated: May 14, 2020