

Jeffrey Leonard
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Jeffrey.Leonard@lewisbrisbois.com
Direct: 973.792.8740

May 18, 2020

File No. 213.1597

**VIA ELECTRONIC FILING**

Honorable Susan D. Wigenton, U.S.D.J.
U.S. District Court – Newark Vicinage
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07102

Re: YASMINE COELLO v. KATHLEEN ESTABROOKS, ET AL.
Civil Action No. 2:20-cv-01682

Dear Judge Wigenton:

Please be advised that we represent Defendants Kathleen Estabrooks, Esq. and Kathleen Estabrooks, P.C. (the "Estabrooks Defendants") in the above-captioned matter.

It has come to our attention that when we filed a motion to dismiss the complaint on or about April 21, 2020 that while all of our papers indicated I am currently a partner at Lewis Brisbois Bisgaard & Smith, LLP that in the listing of attorneys on the case it incorrectly indicated I worked at my former law firm Morgan Melhuish Abrutyn, LLP and contained my former contact information. The information for the partner I work with, Meredith Kaplan Stoma, was correct.

Upon learning of this incorrect information we contacted the Court to correct the ministerial error and it has since been corrected. By copy of this letter, I am notifying the Court and all counsel of my correct information. I apologize if this caused anyone any confusion.

If there are any questions regarding this issue, please do not hesitate to contact me.

Respectfully submitted ,

/s/ *Jeffrey S. Leonard*
Jeffrey Leonard of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All counsel (via electronic filing)
Kathleen Estabrooks, Esq. (via e-mail)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WEST VIRGINIA
4852-9158-0604.1