# LA CORTE, BUNDY, VARADY & KINSELLA
## ATTORNEYS AT LAW

| | |
|---|---|
| NICHOLAS S. LA CORTE (1911-1978) | 989 BONNEL COURT |
| GARY A. BUNDY | UNION, NJ 07083 |
| ROBERT F. VARADY*† | (908) 810-0500 |
| CHRISTOPHER J. KINSELLA* | FAX: (908) 810-0513 |
| _____ | |
| CHRISTINA M. DIPALO* | 97 APPLE STREET • SUITE 7 |
| _____ | TINTON FALLS, NJ 07724 |
| OF COUNSEL | PLEASE FORWARD ALL MAIL |
| JOHN F. MALONE | TO THE UNION OFFICE |
| ANNE K. FRAWLEY | |
| | E-Mail: RVarady@LBVKlaw.com |
| *NY BAR | |
| †CERTIFIED CIVIL TRIAL ATTORNEY | |

May 26, 2020

**Via Electronic Filing**
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
M.L.K., Jr., Federal Building
    & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    Yasmine Coello v. City of Linden, et al.
             Civil Action No.: 2:20-cv-01682-SDW-LDW

Dear Judge Wettre:

    This firm represents Defendants City of Linden, Nicholas P. Scutari, Richard J. Gerbounka, and Louis M.J. DiLeo in connection with the above-referenced matter. Following the May 20, 2020 telephone conference with the Court, I spoke with my clients and they have no objection to Your Honor continuing as the Magistrate Judge assigned to this case.

                  Respectfully submitted,

                  LACORTE, BUNDY, VARADY & KINSELLA

                  By:   s/Robert F. Varady

                    Robert F. Varady, Esq.

cc:    All counsel (via electronic filing)