# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°
David M. Estes
‾‾‾‾‾‾‾

*Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney

**Writer's Direct Dial & Email:**
**973-228-0413**
**crothbort@mazieslater.com**

Karen G. Kelsen°
Cheryll A. Calderon
Adam M. Epstein°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
‾‾‾‾‾‾‾

°Member of N.J. & N.Y. Bars

May 27, 2020

<u>**VIA ELECTRONIC FILING**</u>
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
M.L.K Jr. Federal Building & U.S. Courthouse
50 Walnut St.
Newark, NJ 07102

    Re: Coello v. Estabrooks et al.
       Docket No.: 2:20-cv-1682-SDW-LDW

Dear Judge Wettre:

  This firm represents plaintiff Coello in the above matter. I have spoken with our client regarding the May 20, 2020 telephone conference with the Court. Our client does not have any objection to Your Honor continuing as the Magistrate Judge assigned to this case.

         Respectfully submitted,

         */s/ Cory J. Rothbort*

         CORY J. ROTHBORT

cc: All Counsel of Record

H:\MRM\COELLO-FIGUEROA\JUDGE WETTRE NO OBJECTION 5-26-20.DOCX