

Jeffrey Leonard
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Jeffrey.Leonard@lewisbrisbois.com
Direct: 973.792.8740

May 27, 2020

File No. 213.1597

**VIA ELECTRONIC FILING**

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court – Newark Vicinage
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07102

Re: YASMINE COELLO v. KATHLEEN ESTABROOKS, ET AL.
Civil Action No. 2:20-cv-01682

Dear Judge Wettre:

Please be advised that we represent Defendants Kathleen Estabrooks, Esq. and Kathleen Estabrooks, P.C. (the "Estabrooks Defendants") in the above-captioned matter. Following the May 20, 2020 telephone conference with the Court, I have conferred with my client and we have no objection to Your Honor continuing as the Magistrate Judge assigned to this case.

Respectfully submitted ,

/s/ *Jeffrey S. Leonard*
Jeffrey Leonard of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All counsel (via electronic filing)
Kathleen Estabrooks, Esq. (via e-mail)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WEST VIRGINIA

4821-3666-7325.1