

Jeffrey Leonard
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Jeffrey.Leonard@lewisbrisbois.com
Direct: 973.792.8740

May 14, 2021

File No. 213.1597

**VIA ELECTRONIC FILING**

Honorable Leda Dunne Wettre, U.S.M.J.
U.S. District Court – Newark Vicinage
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07102

      Re:  **YASMINE COELLO v. KATHLEEN ESTABROOKS, ET AL.**
            Civil Action No.  2:20-cv-01682

Dear Judge Wettre:

      Please be advised that we represent Defendants Kathleen Estabrooks, Esq. and Kathleen Estabrooks, P.C. (the "Estabrooks Defendants") in the above-captioned matter.  I am pleased to report that Plaintiff and the Estabrook Defendants have reached a settlement in this matter.  I will be preparing the settlement documentation and providing it to Plaintiff's counsel.

      If you have any questions, please do not hesitate to contact me.

      Respectfully submitted ,

      /s/ *Jeffrey S. Leonard*
      Jeffrey Leonard of
      LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All counsel (via electronic filing)
       Kathleen Estabrooks, Esq. (via e-mail)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WEST VIRGINIA

4853-1386-9033.1