Brian D. Singleton, Esq. NJAID# 047342017
Kristen J. Piper, Esq. NJAID# 022512000
**SINGLETON LLC**
14 Walsh Drive, Suite 304
Parsippany, New Jersey 07054
T: 973-261-5960
F: 973-201-0241
E: Info@SingletonLLC.com
*Attorneys/Co-Counsel for Plaintiff, Yasmine Coello*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YASMINE COELLO,<br><br>      Plaintiff,<br><br>v.<br><br>LOUIS M.J. DiLeo;<br>RICHARD J. GERBOUNKA, Mayor<br>CITY OF LINDEN;<br>NICHOLAS P. SCUTARI; KATHLEEN ESTABROOKS; KATHLEEN ESTABROOKS, P.C.; JOHN DOE(S) 1-10; and ABC ENTITIES 1-10.<br>      Defendants. | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>Case No: 2:20-cv-1682 (SDW) (LDW) |

   Notice is hereby given that, subject to approval by the court, Yasmine Coello, substitutes Brian D. Singleton, Esq. and Kristen J. Piper, Esq., of Singleton LLC, Attorneys at Law, as co-counsel of record in place of Mazie Slater Katz Freeman, LLC. Joshua F. McMahon, Esq., of Law Offices of Joshua F. McMahon, LLC, shall remain co-counsel with Singleton LLC.

Contact information for new counsel is as follows:

      Brian D. Singleton, Esq.
      Kristen J. Piper, Esq.
      Singleton LLC
      14 Walsh Drive, Suite 304
      Parsippany, New Jersey 07054
      Phone: (973) 261-5960

Email: Info@SingletonLLC.com

|                                   |                                           |
|-----------------------------------|-------------------------------------------|
|                                   | */s/ Yasmine Coello*                      |
| I consent to the above substitution. | _____         |
| Date: 6/4/21                      | Yasmine Coello                            |

*/s/ Matthew Mendelsohn*

I consent to be substituted.
Date: 6/4/21

Matthew Mendelsohn, Esq.
Mazie Slater Katz Freeman LLC

*/s/ Beth Baldinger*

I consent to be substituted.
Date: 6/4/21

Beth Baldinger, Esq.
Mazie Slater Katz Freeman LLC

*/s/ Cory Rothbort*

I consent to be substituted.
Date: 6/4/21

Cory Rothbort, Esq.
Mazie Slater Katz Freeman LLC

*/s/ Brian D. Singleton*

I consent to the above substitution.
Date: 6/4/21

Brian D. Singleton, Esq.
Singleton LLC

*/s/ Kristin J. Piper*

I consent to the above substitution.
Date: 6/4/21

Kristen J. Piper, Esq.
Singleton LLC

The substitution of attorney is hereby approved and so **ORDERED.**

Date:                                     _____
                                          Hon.                    U..S.M.J.