Brian D. Singleton, Esq. NJAID# 047342017
Kristen J. Piper, Esq. NJAID# 022512000
**SINGLETON LLC**
14 Walsh Drive, Suite 304
Parsippany, New Jersey 07054
T: 973-261-5960
F: 973-201-0241
E: Info@SingletonLLC.com
*Attorneys/Co-Counsel for Plaintiff, Yasmine Coello*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YASMINE COELLO,<br><br>      Plaintiff,<br><br>v.<br><br>LOUIS M.J. DiLeo;<br>RICHARD J. GERBOUNKA, Mayor<br>CITY OF LINDEN;<br>NICHOLAS P. SCUTARI; KATHLEEN ESTABROOKS; KATHLEEN ESTABROOKS, P.C.; JOHN DOE(S) 1-10; and ABC ENTITIES 1-10.<br>      Defendants. | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>Case No: 2:20-cv-1682 (SDW) (LDW) |

Notice is hereby given that, subject to approval by the court, Yasmine Coello, substitutes Brian D. Singleton, Esq. and Kristen J. Piper, Esq., of Singleton LLC, Attorneys at Law, as co-counsel of record in place of Mazie Slater Katz Freeman, LLC. Joshua F. McMahon, Esq., of Law Offices of Joshua F. McMahon, LLC, shall remain co-counsel with Singleton LLC.

Contact information for new counsel is as follows:

    Brian D. Singleton, Esq.
    Kristen J. Piper, Esq.
    Singleton LLC
    14 Walsh Drive, Suite 304
    Parsippany, New Jersey 07054
    Phone: (973) 261-5960

Email: Info@SingletonLLC.com

|  |  |
|---|---|
| I consent to the above substitution.<br>Date:   6/4/21 | /s/ Yasmine Coello<br>_____<br>Yasmine Coello |
| I consent to be substituted.<br>Date:   6/4/21 | /s/ Matthew Mendelsohn<br>_____<br>Matthew Mendelsohn, Esq.<br>Mazie Slater Katz Freeman LLC |
| I consent to be substituted.<br>Date:   6/4/21 | /s/ Beth Baldinger<br>_____<br>Beth Baldinger, Esq.<br>Mazie Slater Katz Freeman LLC |
| I consent to be substituted.<br>Date:   6/4/21 | /s/ Cory Rothbort<br>_____<br>Cory Rothbort, Esq.<br>Mazie Slater Katz Freeman LLC |
| I consent to the above substitution.<br>Date:   6/4/21 | /s/ Brian D. Singleton<br>_____<br>Brian D. Singleton, Esq.<br>Singleton LLC |
| I consent to the above substitution.<br>Date:   6/4/21 | /s/ Kristin J. Piper<br>_____<br>Kristen J. Piper, Esq.<br>Singleton LLC |

The substitution of attorney is hereby approved and so **ORDERED.**

Date:   6/7/2021

_____
Hon. Leda Dunn Wettre,        U..S.M.J.