**KOLOGI ◆ SIMITZ**
**Counsellors at Law**
**500 North Wood Avenue**
**Linden, New Jersey 07036**
**Phone:  (908) 486-8877**
**Attorney for Defendant Nicholas P. Scutari**

_____

|  |  |
|---|---|
| YASMINE COELLO, | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | Civil Action No.: 2:20-cv-1682 SDW/LDW |
| vs. | Civil Action |
| LOUIS M.J. DILEO; RICHARD J. GERBOUNKA, Mayor; CITY OF LINDEN; NICHOLAS P. SCUTARI; KATHLEEN ESTABROOKS, P.C.; JOHN DOE(S) (1-10), and ABC ENTITIES (1-10); | NOTICE OF APPEARANCE |
| Defendants. | |

_____

        Edward J. Kologi, Esq. of the law firm Kologi ◆ Simitz, Counsellors at Law, hereby enters an appearance in this matter on behalf of Defendant Nicholas P. Scutari.

                        **KOLOGI ◆ SIMITZ**
                        *Attorneys for Defendant,*
                        *Nicholas P. Scutari*


                By:    */s/ Edward Kologi*
                        EDWARD J. KOLOGI


Dated:  September 26, 2023