Robert F. Varady, Esq.
LA CORTE, BUNDY, VARADY & KINSELLA
989 Bonnel Court
Union, NJ 07083
(908) 810-0500
Attorneys for Defendants Louis M.J. DiLeo and Richard J. Gerbounka

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YASMINE COELLO,<br><br>        Plaintiff,<br><br>v.<br><br>LOUIS M.J. DiLeo, RICHARD J. GERBOUNKA, Mayor; CITY OF LINDEN; NICHOLAS P. SCUTARI; KATHLEEN ESTABROOKS, P.C.; JOHN DOE(S) 1-10 and ABC ENTITIES 1-10.<br><br>        Defendants. | Civil Action No.: 2:20-cv-01682-SDW-LDW<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of Robert F. Renaud, Esq. as attorney for Defendant, City of Linden in the above-entitled case.

LA CORTE, BUNDY, VARADY & KINSELLA          RENAUD COLICCHIO, LLC

BY: _/s/ Robert F. Varady_                                    BY: _/s/ Robert F. Renaud_
    Robert F. Varady, Esq.                                           Robert F. Renaud, Esq.
    Withdrawing Attorney                                         Superseding Attorney

Dated: October 24, 2023