**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
Salvatore J. Alfieri, Esq. (Attorney ID No. 201932016)
955 State Route 34, Suite 200
Matawan, New Jersey 07747
Tel.: (732) 583-7474
Fax: (732) 566-7687
E-mail: sjalfieri@cgajlaw.com
Attorneys for Defendant, Mayor Richard J. Gerbounka

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| YASMINE COELLO,<br><br>               Plaintiff,<br><br>v.<br><br>LOUIS M.J. DILEO; RICHARD J. GERBOUNKA, MAYOR; CITY OF LINDEN; NICHOLAS P. SCUTARI; KATHLEEN ESTABROOKS; KATHLEEN ESTABROOKS, P.C.; JOHN DOES(S) 1-10; AND ABC ENTITIES 1-10,<br><br>               Defendant. | Civil Action No.: 2:20-cv-1682 (SDW)(LDW)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney appears in the above-entitled matter on behalf of Defendant, Mayor Richard J. Gerbounka.

                                        **CLEARY GIACOBBE ALFIERI JACOBS, LLC**

                                        By:/s/ *Salvatore J. Alfieri*
Dated: April 3, 2024                         Salvatore J. Alfieri, Esq.