## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YASMINE COELLO,<br><br>   Plaintiff,<br><br>v.<br><br>LOUIS M.J. DILEO, *et al.*,<br><br>   Defendants. | Civil Action No.<br><br>20-1682 (SDW) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of defendant Nicholas Scutari's application for a protective order pursuant to Federal Rule of Civil Procedure 26(c) (ECF 105, 108); and plaintiff Yasmine Coello having opposed the application (ECF 107); and the Court having carefully considered the parties' submissions; and the Court having convened a hearing on the record on December 16, 2024 to issue its opinion; and for the reasons set forth fully on the record; and for good cause shown;

**IT IS** on this day, December 17, 2024, **ORDERED** that defendant Scutari's application for a protective order is **DENIED**.

                   *s/ Leda Dunn Wettre*
                   Hon. Leda Dunn Wettre
                   United States Magistrate Judge