# SINGLETON LLC

## Attorneys at Law

14 Walsh Drive, Suite 202
Parsippany, New Jersey 07054
Tel: 973.261.5960 | Fax: 973.201.0241

Brian D. Singleton
Ling W. Lau*
Brian J. DeBoer*
Peter W. Ulicny
_____
Samuel Eglow

Of Counsel
Kristen Jasket Piper*
Amy L. Miller*

* Admitted in NJ and NY

February 10, 2025

**FILED AND SERVED VIA CM/ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:**   *Coello v. DiLeo, et al.*
> **Civil Action No.: 2:20-cv-1682**

Dear Judge Wettre:

This firm represents Plaintiff Yasmine Coello in the above referenced matter. Plaintiff and Defendants, by their respective counsel, respectfully submit this joint letter to request an extension of the parties' expert report deadlines as set forth in the Amended Scheduling Order entered by the Court on December 16, 2024. The reason for the request is to allow for the completion of depositions and for the parties to complete mediation prior to the submission of expert reports.

Currently, affirmative expert reports are due for submission on February 28, 2025, and responding expert reports are due for submission on March 31, 2025.

Mediation in this matter has been scheduled for February 28, 2025 with the Honorable Noel L. Hillman. The deposition of Defendant Nicholas Scutari has been scheduled for February 19, 2025. The depositions of two additional witnesses have been scheduled with the last deposition scheduled for March 19, 2025.

The parties seek this extension in the interest of pursuing a good faith resolution via mediation and to allow for the remaining depositions to be completed. As such, it is respectfully requested that the deadline for affirmative expert reports be extended to April 30, 2025, and the deadline for responding expert reports be extended to May 31, 2025.

Thank you for your consideration and we would be happy to discuss if the Court has any questions.

Page 2

Respectfully Submitted,

Brian D. Singleton

cc:      All Counsel of Record