# SINGLETON LLC

Attorneys at Law

14 Walsh Drive, Suite 202
Parsippany, New Jersey 07054
Tel: 973.261.5960 | Fax: 973.201.0241

Brian D. Singleton
Ling W. Lau*
Brian J. DeBoer*
Peter W. Ulicny
_____
Samuel Eglow

Of Counsel
Kristen Jasket Piper*
Amy L. Miller*

* Admitted in NJ and NY

March 19, 2025

**FILED AND SERVED VIA CM/ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *Coello v. DiLeo, et al.*
      Civil Action No.: 2:20-cv-1682

Dear Judge Wettre:

This firm represents Plaintiff Jasmine Coello in the above referenced matter. Plaintiff and Defendants, by their respective counsel, respectfully submit this joint status letter in advance of the status conference scheduled for 2:30PM on March 26, 2025.

The parties report that no discovery disputes currently exist. The parties are finishing taking the depositions of fact witnesses.

The parties participated in a mediation session with Judge Hillman on February 28, 2025 but were unable to reach a settlement. The parties are proceeding with expert discovery.

We look forward to the status conference on March 26th, 2025.

Respectfully Submitted,

BRIAN D. SINGLETON

cc:   All Counsel of Record