# Singleton LLC

Attorneys at Law

14 Walsh Drive, Suite 202
Parsippany, New Jersey 07054
Tel: 973.261.5960 | Fax: 973.201.0241

Brian D. Singleton
Ling W. Lau*
Brian J. DeBoer*
Peter W. Ulicny

Samuel Eglow

Of Counsel
Kristen Jasket Piper*
Amy L. Miller*

\* Admitted in NJ and NY

March 30, 2025

**FILED AND SERVED VIA CM/ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Coello v. DiLeo, et al.*
              **Civil Action No.: 2:20-cv-1682**

Dear Judge Wettre:

      This firm represents Plaintiff Yasmine Coello in the above referenced matter. Plaintiff and Defendants, by their respective counsel, respectfully submit this joint letter to request an extension of the parties' expert report deadlines. The reason for the request is to facilitate further settlement discussions between the parties.

      Currently, affirmative expert reports are due for submission on March 31, 2025, and responding expert reports are due for submission on April 30, 2025. It is respectfully requested that the deadline for affirmative expert reports be extended to April 30, 2025, and the deadline for responding expert reports be extended to May 31, 2025.

      Thank you for your consideration.

                                          Respectfully Submitted,

                                          Brian D. Singleton

cc:    All Counsel of Record