# SINGLETON LLC
### Attorneys at Law

| | | |
|---|---|---|
| Brian D. Singleton<br>Ling W. Lau*<br>Brian J. DeBoer*<br>Peter W. Ulicny<br>―――――<br>Samuel Eglow | 14 Walsh Drive, Suite 202<br>Parsippany, New Jersey 07054<br>Tel: 973.261.5960 \| Fax: 973.201.0241 | Of Counsel<br>Kristen Jasket Piper*<br>Amy L. Miller*<br><br>* Admitted in NJ and NY |

May 27, 2025

**FILED AND SERVED VIA CM/ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **SO ORDERED.**
> *s/ Leda Dunn Wettre, U.S.M.J.*
> Dated: 5/28/2025

    **Re:** *Coello v. DiLeo, et al.*
           Civil Action No.: 2:20-cv-1682

Dear Judge Wettre:

    This firm represents Plaintiff Yasmine Coello in the above-referenced matter. Plaintiff and Defendants, by their respective counsel, respectfully submit this joint letter to request an extension of this Court's Order entered on April 2, 2025, administratively terminating this action for 60 days following notification of settlement. We respectfully request an extension of this 60-day period for an additional sixty (60) days, until August 1, 2025.

    The reason for this request is that, although a written settlement agreement has been finalized, not all material terms have been satisfied—specifically, the issuance of the settlement payment. Counsel for defendants have advised that all necessary information has been submitted to the City of Linden to facilitate the processing of the payment.

    It is anticipated that the extension of time will allow for the payment of the settlement and the filing of the relevant stipulations of dismissal.

    Thank you for your consideration.

                                    Respectfully Submitted,

                                    Brian D. Singleton

BDS/ste

cc:    All Counsel of Record