Christina M. DiPalo, Esq.
LA CORTE, BUNDY, VARADY & KINSELLA
989 Bonnel Court
Union, NJ 07083
(908) 810-0500
Attorneys for Defendant Louis M.J. DiLeo

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YASMINE COELLO,<br><br>            Plaintiff,<br>v.<br><br>LOUIS M.J. DILEO, RICHARD J. GERBOUNKA, Mayor; CITY OF LINDEN; NICHOLAS P. SCUTARI; KATHLEEN ESTABROOKS, P.C.; JOHN DOE(S) 1-10 and ABC ENTITIES 1-10.<br><br>            Defendants. | Civil Action No.: 2:20-cv-01682<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS on this** 26th **day of** June, 2025, hereby stipulated and agreed that the within action and any and all claims of the Plaintiff, be and are hereby dismissed prior to settlement and with prejudice against, Defendant, Louis M.J. DiLeo, without costs and fees.

SINGLETON LLC
Attorneys for Plaintiff, Yasmine Coello


/s/ Brian D. Singleton
Brian D. Singleton, Esq.
14 Walsh Drive
Suite 202
Parsippany, New Jersey 07054


Dated: 5/6/2025

SO ORDERED.

_____
Hon. Susan D. Wigenton
United States District Judge
Dated: June 26, 2025

1

LA CORTE, BUNDY, VARADY & KINSELLA
Attorneys for Defendant, Louis M.J. DiLeo

/s/ Christina M. DiPalo
Christina M. DiPalo, Esq.
989 Bonnel Court
Union, New Jersey 07083

Dated: 6/25/2025