Robert F. Renaud, Esq.
RR 1351
RENAUD COLICCHIO LLC
190 North Avenue East
Cranford, New Jersey 07016
(908) 418-4088
Attorneys for Defendant City of Linden

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YASMINE COELLO,<br><br>Plaintiff,<br>vs.<br><br>LOUIS M.J. DiLeo; RICHARD J. GERBOUNKA, Mayor CITY OF LINDEN; NICHOLAS P. SCUTARI; KATHLEEN ESTABROOKS; KATHLEEN ESTABROOKS, P.C.; JOHN DOE(S) 1-10; and ABC ENTITIES 1-10.<br><br>Defendants. | Civil Action No. 2:20-cv-1682-SDW-LDW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CITY OF LINDEN |

It is hereby stipulated and agreed by the parties hereto that the within action and any and all claims of the Plaintiff be and are hereby dismissed, as to Defendant City of Linden, with prejudice and without costs and fees.

| | |
|---|---|
| SINGLETON LLC<br>Attorneys for Plaintiff, Yasmine Coello | RENAUD COLICCHIO, LLC<br>Attorneys for Defendant City of Linden |
| /s/Brian D. Singleton<br>Brian D. Singleton, Esq. | *Robert Renaud*<br>Robert F. Renaud, Esq. |
| Dated: 5/6/2025 | Dated: |

1